```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

LESTER LEWIS,                       *

      Petitioner             *

vs.                                 *
                                  CASE NO. 4:08-CV-72 (CDL)
THOMAS AMMONS, Warden               *

      Respondent.            *

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 6, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 19th day of November, 2008.

                                                  S/Clay D. Land
                                                     CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE